IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| ANTHONY FERRAIUOLO | § | |
| v. | § | CIVIL ACTION NO. 5:17cv137 |
| JUDGE LEON PESEK, ET AL. | § | |

MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND ENTERING FINAL JUDGMENT

The Plaintiff Anthony Ferraiuolo, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. §1983 complaining of alleged violations of his constitutional rights. This Court referred the case to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

Plaintiff was ordered to pay an initial partial filing fee of $8.70. He sought and was granted two extensions of time, and then filed an inmate trust account data sheet showing he had received a deposit of $25.00 and another deposit of $100.00 after receiving the order for the initial partial filing fee. However, Plaintiff has not paid this fee nor shown good cause for his failure to do so.

After review of the pleadings and records, the Magistrate Judge issued a Report on April 9, 2019, recommending the lawsuit be dismissed without prejudice for failure to prosecute or to obey an order of the Court. Plaintiff received a copy of this Report on April 17, 2019, but filed no objections thereto; accordingly, he is barred from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc)*.

The Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge. Upon such review, the Court has determined the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918, 109 S.Ct. 3243 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law.") It is accordingly

**ORDERED** the Report of the Magistrate Judge (docket no. 15) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** the above-styled civil action is **DISMISSED** without prejudice for failure to prosecute or to obey an order of the Court. It is further

**ORDERED** the statute of limitations is **SUSPENDED** for a period of 90 days following the date of entry of final judgment. Finally, it is

**ORDERED** that any and all motions which may be pending in this civil action are hereby **DENIED**.

**So ORDERED and SIGNED this 27th day of August, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE